### ALBERT GROSFELD FURN. IMPTG. & MFG. CO., INC., ET AL. *v.* UNITED STATES

No. 5659.—Invoices dated Paris, France, August 10, 1937, etc.
Certified August 12, 1937, etc.
Entered at New York, N. Y., September 4, 1937, etc.
Entry No. 732437, etc.

(Decided on rehearing June 17, 1942)

*Barnes, Richardson & Colburn* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General *(Daniel I. Auster,* special attorney), for the defendant.

465

OLIVER, Presiding Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, having been formally abandoned are hereby dismissed. Judgment will be rendered accordingly.